1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MEER JAN, on her own behalf and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>    vs.<br><br>LABORATORY CORPORATION OF AMERICA, a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No. 2:19-cv-01459-TLN-KJN<br><br>**ORDER RE: DEFENDANT'S JOINT STIPULATION TO TRANSFER VENUE TO THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION – LOS ANGELES** |

12

13

14

15

16

17

18

19

20

21

22

23

Having reviewed the Joint Stipulation filed jointly by the parties, the Court hereby orders that the above captioned action be transferred to the Central District of California, Western Division – Los Angeles.

24

25

**IT IS SO ORDERED.**

26

27

Dated: August 22, 2019

_____
Troy L. Nunley
United States District Judge

28

4842-0580-3682.1

ORDER RE: DEFENDANT'S JOINT STIPULATION TO TRANSFER VENUE